IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00557-RPM

RODNEY UTESCH,

        Plaintiff,

v.

ARAPAHOE COUNTY, a municipal corporation;
GRAYSON ROBINSON, in his official and individual capacity; and
ROBERT LAUDERDALE, in his official and individual capacity,

        Defendants.

---

ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
SETTING RULE 16 CONFERENCE

---

On August 10, 2007, the defendants filed a motion for summary judgment of dismissal of all of the plaintiff's claims under 42 U.S.C. § 1983 for violations of the First, Fourth and Fourteenth Amendments. In the motion and accompanying memorandum, including the affidavits of J. Grayson Robinson and Shauna Volz, with attachments, the position of the defendants is that there can be no violation shown in this case because the defendants have an established policy respecting communications by jail inmates which policy is based on legitimate penological interests. The motion also asserts that the allegations of the complaint are conclusory.

There has been no discovery in this case and the defendants filed their motion for summary judgment shortly before the convening of a scheduled Rule 16 conference. The plaintiff responded to the motion with his motion under Rule 56(f) to permit discovery. The plaintiff has correctly observed that under *Turner v. Safley,* 482 U.S. 78

(1987) the reasonableness of the treatment of prisoners must be addressed under particular factual circumstances.  The complaint in this case provides adequate notice pleading as permitted under Rule 8(a) and on their face the allegations would support a claim that a refusal to inform the plaintiff's daughter and ex-wife concerning his hospitalization and medical condition and denial of any communication with them may be objectively unreasonable.  Because the motion has been filed before discovery and because discovery is essential to determine the bases upon which the defendants authorized this denial of communication, it is

ORDERED that the defendants' motion for summary judgment is denied and it is

FURTHER ORDERED that a scheduling conference will be convened at **10:00 a.m. on October 12, 2007,** in the Conference Room, Second Floor, the Byron White U. S. Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order, original only, must be submitted to chambers by October 4, 2007.

Dated: September 19th,  2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge