IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00557-RPM

RODNEY UTESCH,

        Plaintiff,

v.

ARAPAHOE COUNTY, a municipal corporation;
GRAYSON ROBINSON, in his official and individual capacity; and
ROBERT LAUDERDALE, in his official and individual capacity,

        Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO AMEND ANSWER

Upon consideration of Defendants' Motion for Leave to Amend Answer [20] filed on October 31, 2007, it is

ORDERED that the motion is granted and Defendants' First Amended Answer and Counterclaim attached thereto is deemed filed.

Dated: November 6th, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge