IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00557-RPM

RODNEY UTESCH,

      Plaintiff,

v.

ARAPAHOE COUNTY, a municipal corporation,
GRAYSON ROBINSON, in his individual and official capacity,
ROBERT LAUDERDALE, in his individual and official capacity,

      Defendants.

---

## ORDER

---

This matter having come before the Court upon the defendants' unopposed motion to dismiss Arapahoe County and Robert Lauderdale from the above-captioned action, and the Court and parties having previously contemplated and agreed to the dismissal of defendants Arapahoe County and Lauderdale at the Scheduling Conference conducted in this matter on October 12, 2007, it is

**ORDERED** that Arapahoe County and Robert Lauderdale be and are hereby dismissed from this action as party defendants, and that the above-noted case caption be amended by the deletion of Arapahoe County and Robert Lauderdale therefrom.

Dated this 17th day of December, 2007.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge