IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00557-RPM

RODNEY UTESCH,

    Plaintiff,

v.

GRAYSON ROBINSON, in his individual and official capacity,

    Defendant.

## ORDER TO DISMISS WITH PREJUDICE

This matter having come before the Court upon the parties' Joint Motion To Dismiss With Prejudice (Doc. #33), and the Court having been fully advised, and for good cause appearing,

IT IS ORDERED that the above-captioned action be and is hereby dismissed with prejudice, each party to bear their own costs and fees.

Entered this 23rd day of April 2008.

        BY THE COURT

        s/Richard P. Matsch

        Richard P. Matsch
        Senior District Judge